UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTINA SHANAY BROWN,<br><br>                             Plaintiff,<br>       -v-<br><br>UNITED PARCEL SERVICE, INC., d/b/a<br>UPS, and AXEL DOE,<br><br>                           Defendants. | 20 Civ. 9602 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

On December 14, 2020, plaintiff Christina Shanay Brown ("Brown") filed a motion to remand this action to state court, pursuant to 28 U.S.C. § 1447(c). Accordingly, it is hereby ordered that defendant shall serve any response to the motion to remand by January 4, 2021. Brown's reply, if any, shall be served by January 19, 2021.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: December 15, 2020
New York, New York