UNITED STATES DISTRICT COURT
SOUTHERN DISCTRICT OF NEW YORK
------------------------------------------------------------X          20-cv-09602
CHRISTINA SHANAY BROWN,

       Plaintiff,

   -against-

UNITED PARCEL SERVICE INC, d/b/a
UPS and AXEL DOE, Individually,

------------------------------------------------------------X

### NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION TO REMAND

On December 14, 2020, Plaintiff CHRISTINA SHANAY BROWN, Motion to Remand the case back to State Court, Dkt. No. 17. Plaintiff CHRISTINA SHANAY BROWN now files this Notice to inform the Court that she is withdrawing her previously filed Motion to Remand.

Dated: New York, New York

01/13/2021

              SEKENDIZ LAW FIRM P.C.


              Respectfully Submitted,


              _____/Ismail S. Sekendiz/_____

              Ismail S Sekendiz (IS-0509)


The Clerk of Court is respectfully directed to terminate the motion pending at docket 17.

SO ORDERED.

    _____*Paul A. Engelmayer*_____
      PAUL A. ENGELMAYER
      United States District Judge

January 13, 2021