UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTINA SHANAY BROWN,<br><br>     Plaintiffs,<br><br>-against-<br><br>UNITED PARCEL SERVICE INC., d/b/a UPS and AXEL DOE, Individually,<br><br>     Defendant. | Civil Action No. 1:20-cv-09602<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel on behalf of Defendant, United Parcel Service Inc., d/b/a UPS in the above-captioned action. Contact information for the undersigned counsel for the Defendant is as follows:

     Shawn Matthew Clark
     Littler Mendelson P.C.
     900 Third Avenue
     New York, NY 10022
     212.583.9600
     SMClark@littler.com

Please enter this appearance on the Court's docket and electronically notify the undersigned of all filings, notices, motions, etc. at the email address listed above.

Date: January 19, 2021
    New York, New York

             */s/ Shawn Matthew Clark*
             Shawn Matthew Clark
             LITTLER MENDELSON, P.C.
             900 Third Avenue
             New York, NY  10022.3298
             212.583.9600

             *Attorneys for Defendant United Parcel Service Inc., d/b/a UPS*